UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE FOR SRMOF II 2012-1 TRUST,<br><br>Plaintiff,<br>v.<br><br>PHILIP S. AHLM, et al.,<br><br>Defendants. | Case No. 2:15-cv-00004-GMN-PAL<br><br>ORDER<br><br>(Stip Ext Disc – Dkt. #24) |

Before the court is the parties' Stipulation and Order to Extend Discovery (First Request) (Dkt. #24) filed July 20, 2015. The parties state that the reason discovery has not been completed is because a settlement has been reached between Plaintiff and Defendant Sunrise Ridge, and they need additional time to conduct discovery in the event settlement negotiations are not successful. The stipulation was filed on the last day of the discovery cutoff rather than 21 days before the expiration of the deadline as required by LR 26-4. As such, the parties are required to show excusable neglect for their late request. They have not. The parties have either settled or they have not. Discovery closed July 20, 2015. Accordingly,

**IT IS ORDERED t**he parties' Stipulation and Order to Extend Discovery (Dkt. #24) is **DENIED.**

DATED this 30th day of July, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1